| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 0644 5:10-0137M |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 3:13-00256-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Zantonio L. Williams<br><br>Clarksville, Tennessee 37042 | Western District Of Kentucky | Hopkinsville |
| | NAME OF SENTENCING JUDGE | |
| | W. David King, U.S. Magistrate Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/10/2013 — TO 05/09/2014 |

OFFENSE
Ct. 1: Theft of Government Property
Ct. 2: Conspiracy to Defraud the United States

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Tennessee, Nashville Division   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 20, 2013
Date

Lanny King, Magistrate Judge
United States District Court
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/9/13
Effective Date

United States Magistrate Judge